No. 85–3. ATLANTA GAS LIGHT CO. *v.* EQUAL EMPLOYMENT OPPORTUNITY COMMISSION. C. A. 11th Cir. Motion of Georgia-Pacific Corp. for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 85–78. ALASKA *v.* UNITED STATES ET AL. C. A. 9th Cir. Certiorari denied. JUSTICE BLACKMUN would grant certiorari.